RANDOLPH E. DAAR
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
RICHARD PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RICHARD PARKER,<br><br>        Defendant.<br>_____/ | CR 10-86 MHP<br><br>STIPULATION AND ORDER TO<br>SCHEDULE CHANGE OF PLEA<br><br>Date: February 22, 2010<br>Time: 10:00 a.m.<br>Dept: Judge Patel |

    THE PARTIES HEREBY STIPULATE that on the date and at the time indicated above, defendant will enter his changed plea. The status hearing before Magistrate Judge James, now set for February 16, 2010, at 9:30 a.m., is hereby taken off calendar.

    Dated: February 11, 2010

/s/ WILLIAM FRENTZEN             /s/ RANDOLPH E. DAAR
WILLIAM FRENTZEN                 RANDOLPH E. DAAR
Assistant U.S. Attorney          Attorney for RICHARD PARKER

**IT IS SO ORDERED.**

Dated: 2/17/2010

_____
MARILYN HALL PATEL
United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel